IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES HICKS, on behalf of himself
and all others similarly situated                                              PLAINTIFF

v.                          Case No. 4:16-cv-00226-KGB

SOUTHWESTERN ENERGY COMPANY;
SWN PRODUCTION (ARKANSAS), LLC;
SOUTHWESTERN ENERGY SERVICES COMPANY;
and DESOTO GATHERING COMPANY, LLC                              DEFENDANTS

# ORDER

Before the Court is the parties' stipulation of voluntary dismissal (Dkt. No. 81). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of voluntary dismissal (*Id.*). The action is dismissed with prejudice, and each party will bear its own costs and fees. The Court denies the pending motions as moot (Dkt. Nos. 33, 40).

It is so ordered this the 19th day of December, 2018.

_____
Kristine G. Baker
United States District Judge